IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CORY BERNARD WILLIAMS,

    Plaintiff,                            18cv1319
                                            ELECTRONICALLY FILED

        v.

WILLIAM SCHOUPPE *WARDEN*,
ETHEL WHITE *WARDEN DEPUTY*,
JENNIFER MONZA *TREATMENT STAFF*,

    Defendants.

## MEMORANDUM ORDER RE: MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (Doc. 14)

Plaintiff Cory Bernard Williams filed a prisoner civil rights Complaint against Defendants William Schouppe, Ethel White, and Jennifer Monza. (Doc. 3). The case was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(l), and Rule 72 of the Local Rules for Magistrate Judges. Judge Lenihan, in a Report and Recommendation (the "Report"), filed on June 17, 2019, "recommended that the case be dismissed with prejudice for Plaintiff's failure to prosecute insofar as he has failed to notify the Court as to the change in his Address." *See* Doc. 14 at 1. Judge Lenihan reached this conclusion only after conducting a well-reasoned and thorough analysis of the factors to be reviewed in determining whether dismissal of Plaintiff's case pursuant to Rule 41(b) of the Federal Rules of Civil Procedure is an appropriate sanction for a plaintiff's failure to prosecute his case. *See id.* at 3-9 (the court applied factors set forth in *Poulis v. State Farm Fire and Casualty Co.*, 747 F.2d 868 (3d Cir. 1984) to facts of case *sub judice* in determining dismissal was proper under Rule 41(b)).

Service of the Report was made on Plaintiff at his address of record. Plaintiff was given until July 5, 2019, to file any Objections to the Report. Plaintiff did not file any Objections by July 5, 2019.

Accordingly, after *de novo* review of the pleadings and the documents in the case, together with the Report and Recommendation, the following Order is entered:

AND NOW, this 12th day of July, 2019,

IT IS HEREBY ORDERED that the Plaintiff's Complaint is DISMISSED WITH PREJUDICE for Plaintiff's failure to prosecute his case.

IT IS FURTHER ORDERED that the Report and Recommendation ([Doc. 14](Doc. 14)), filed on June 17, 2019, by Magistrate Judge Lenihan, is adopted as the Opinion of the Court.

The Clerk of Court shall mark this case CLOSED.


s/Arthur J. Schwab
United States District Judge


cc: The Honorable Lisa Pupo Lenihan
All ECF Registered Counsel of Record

Cory Bernard Williams
Beaver County Jail
6000 Woodlawn Blvd.
Aliquippa, PA 15001